

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00193-CV

---

Roberto Benavides, Jr., Appellant

v.

Armida Loya, Appellee

---

On Appeal from the County Court at Law No 3
El Paso County, Texas
Trial Court No. 2026-CCV00287

---

## MEMORANDUM OPINION

Appellant, Roberto Benavides, Jr., filed a notice of appeal on April 23, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the

Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On April 30, 2026, the Clerk of this Court notified Benavides that this appeal could be dismissed if he failed to pay the filing fees by May 10, 2026. The Clerk further notified Benavides that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Benavides neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

May 19, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.